# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0156.  WILLIAM SHANE NICHOLS v. THE STATE.**

William Nichols seeks discretionary review of the trial court's order denying his second extraordinary motion for a new trial.  The trial court's order was entered on October 14, 2015, and Nichols filed his application on November 24, 2015.  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Nichols filed his application 41 days after entry of the order he seeks to appeal.  Therefore, his application is untimely. Moreover, because the order reflects that this was the second extraordinary motion for new trial filed by Nichols, the trial court lacked jurisdiction to consider the motion. OCGA § 5-5-41 (b); *Richards v. State*, 275 Ga. 190, 192, n. 1 (563 SE2d 856) (2002).  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/17/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*